UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

    UNITED STATES OF AMERICA      :

     :      23 Cr. 14 (LGS)

    -against-      :

     :      ORDER

    GARY DICKENS,      :

    Defendant.  :

------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on December 22, 2025, the Probation Department filed a Violation of

Supervised Release Report and Petition alleging nine instances when Defendant Gary Dickens

violated the conditions of his supervised release.  It is hereby

**ORDERED** the parties shall confer and file a joint status letter on **May 21, 2026,**

informing the Court of the status of Defendant's compliance with the terms of his supervised

release and their respective positions with respect to the pending specifications including whether

a disposition has been reached or if an evidentiary hearing is needed.

Dated: May 18, 2028
       New York, New York

_____
      LORNA G. SCHOFIELD
     UNITED STATES DISTRICT JUDGE