# Federal Defenders

## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 2, 2026

**BY ECF**

The Honorable Lorna G. Schofield
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re:    **United States v. Gary Dickens**
       **23-CR-014 (LGS)**

Dear Judge Schofield,

*Whereas, the Probation Department objects to this application. Whereas, there is no current restriction barring Defendant from having guests, family or otherwise, within his residence. This application is DENIED. The Clerk of the Court is directed to terminate the letter motion at docket number 18.*

*Dated: June 4, 2026*
*New York, New York*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Gary Dickens, through undersigned counsel, writes to clarify the prior motion for a temporary modification of his release conditions. The prior motion incorrectly noted probation's position on the request. Probation opposes the requested modification, and the government defers to probation's position.

Notwithstanding probation's position, Mr. Dickens respectfully asks the Court to grant the request to stand outside the front of his apartment building on June 7, 2026 to celebrate his birthday with his family members. The request is not to permit Mr. Dickens to roam freely about New York City, but instead to stay in the immediate vicinity of his apartment building on this single day. Importantly, Mr. Dickens remains on GPS location monitoring, which would allow probation to monitor his whereabouts.

Respectfully Submitted,
/s/
Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791

1