Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 19, 2026

**BY ECF**

The Honorable Lorna G. Schofield
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re: **United States v. Gary Dickens**
**23-CR-014 (LGS)**

Application Granted. Defendant Dickens' conditions of release are temporarily modified to permit travel for the below purposes on August 21, 2026. All other conditions of release shall remain in effect. The Clerk of the Court is directed to terminate the letter motion at docket number 22.

Dated: August 21, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dear Judge Schofield,

Gary Dickens, through undersigned counsel, respectfully moves the Court for an order granting him permission to attend a funeral service on Saturday, August 22, 2026. The funeral service will take place in Bronx, NY from 4:00pm to 7:00pm, with repass to follow.

Undersigned counsel has reached out to both the government and probation to provide details about the funeral and to get their position on the request. To date, neither the government nor probation has provided their respective positions.

Respectfully Submitted,
/s/
Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791