Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 3, 2026

Application Granted. Defendant Dickens' conditions of release are modified to remove the condition of home incarceration and impose the condition of home detention enforced by GPS monitoring. All other conditions of release shall remain in effect. Defendant's travel application, as outlined below, is Granted. The Clerk of the Court is directed to terminate the letter motion at docket number 24.

Dated: September 3, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**BY ECF**

The Honorable Lorna G. Schofield
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re: **United States v. Gary Dickens**
**23-CR-014 (LGS)**

Dear Judge Schofield,

Gary Dickens, through undersigned counsel, respectfully moves the Court for an order modifying his release conditions. Specifically, Mr. Dickens -- who has now been on home incarceration for approximately four months -- asks the Court to modify his home incarceration condition to home detention enforced by GPS monitoring. Such a change would allow Mr. Dickens to pursue employment, and other approved activities by probation. Undersigned counsel has conferred with the government and probation about this request. The government consents to the modification, and probation defers to the government's position.

Separately, Mr. Dickens moves the Court for an order granting him permission to attend another funeral service on Saturday, September 5, 2026. The funeral service will take place in the Bronx, NY from 12:00pm to 4:00pm. Undersigned counsel has also conferred with the government and probation about this request. Neither the government nor probation has any objection to the request.

Accordingly, Mr. Dickens respectfully asks the Court to modify his release conditions to home detention enforced by GPS monitoring, and grant him permission to attend the funeral service on September 5, 2026.

Respectfully Submitted,
/s/
Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791