Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 18, 2026

By **September 30, 2026**, the parties shall file a joint status letter identifying (i) which specifications the Government intends to pursue at a hearing accompanied by a list of its expected witnesses with the estimated length of their direct testimony, and (ii) whether Defendant intends to put on a case and if so, the expected duration of all direct testimony.

Dated: September 28, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**BY ECF**

The Honorable Lorna G. Schofield
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re: **United States v. Gary Dickens**
**23-CR-014 (LGS)**

Dear Judge Schofield,

The parties write in response to the Court's July 24, 2026 order to provide a joint status letter updating the Court on the status of Gary Dickens' pending state proceedings in Albany County. *See* Dkt. 21. Undersigned counsel confirmed with the government that the Albany County Assistant District Attorney assigned to Mr. Dickens' state court matter has dismissed the charges against Mr. Dickens.

At this time, the government is still considering which specifications in the December 22, 2025 VOSR petition it will pursue. Accordingly, the parties respectfully request that the Court schedule a revocation hearing to resolve any outstanding VOSR specifications. The parties would be available on one of the following dates for that evidentiary hearing:

- November 4, 2026;
- November 5, 2026;
- November 6, 2026;
- November 10, 2026; or
- November 11, 2026.

Respectfully Submitted,
/s/
Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791