Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 2, 2026

Application Granted. The revocation hearing currently scheduled for November 30, 2026, is adjourned to **December 14, 2026, at 10:30 a.m**. The Clerk of the Court is directed to terminate the letter motion at docket number 34.

Dated: October 2, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**BY ECF**

The Honorable Lorna G. Schofield
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re: **United States v. Gary Dickens**
**23-CR-014 (LGS)**

Dear Judge Schofield,

The parties write to respectfully request that the Court adjourn the revocation hearing currently scheduled for November 30, 2026 due to that date presenting a conflict with undersigned counsel's schedule. Previously, the parties proposed several dates in early November 2026 for the revocation hearing to avoid this conflict.

Undersigned counsel has conferred with the government and probation about alternative dates for the revocation hearing. The parties respectfully request that the Court adjourn the revocation hearing to one of the following dates:

- December 7, 2026;
- December 8, 2026;
- December 11, 2026; or
- December 14, 2026.

Respectfully Submitted,
/s/
Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791