UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

Gary Dickens,

*Defendant.*

**Order**

**23 Cr. 14 (LGS)**

Upon the application of the United States of America, and with the consent of the defendant, it is hereby

ORDERED that the conditions of release set forth in the Court's September 3, 2026 order in this matter, *see* Dkt. 25, shall continue as the defendant's conditions of release during the pendency of the violation of supervised release proceedings.

SO ORDERED:

Dated: November 17, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE